UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 16 CR 760 |
| | ) | |
| URBANO ARELLANES, | ) | Judge Harry D. Leinenweber |
| JOSE RAUL PEREZ-PAILLES | ) | |

**ORDER**

Upon the government's motion, under Title 21, United States Code, Section 853(e)(1)(A), for entry of an order allowing the Government to maintain custody of certain property to preserve the property for forfeiture in the above-captioned case, and having demonstrated good cause in support of its motion, specifically, that the property is subject of an indictment charging a violation for which criminal forfeiture may be ordered and alleging that the property with respect to which the order is sought would, in the event of conviction, be subject to forfeiture.

IT IS HEREBY ORDERED THAT, the 2001 Volvo semi-tractor bearing Vehicle Identification Number 4V4NC9JG91N307866 seized by law enforcement on November 17, 2016, shall be maintained by the United States through the conclusion of the pending criminal case to preserve the property so that, in the event of the conviction of either of the defendants it is available to satisfy the forfeiture liability.

                                                                            _____
                                                                            HARRY D. LEINENWEBER
                                                                            United States District Judge

DATED: June 5, 2017